

# NUMBER 13-21-00429-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ANTON SCOTT HALEY AND ALL OCCUPANTS,          Appellants,

v.

WILMINGTON SAVINGS FUND SOCIETY, FSB,
AS OWNER TRUSTEE OF THE RESIDENTIAL
CREDIT OPPORTUNITIES TRUST V-D,          Appellee.

## On appeal from the County Court at Law No. 5
## of Nueces County, Texas

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Longoria
Order Per Curiam**

Appellant, Anton Scott Haley, appeals from a judgment awarding appellee,

Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit

Opportunities Trust V-D, immediate possession of residential property commonly known as 4910 Lavaca Drive, Corpus Christi, Texas 78411. The judgment, signed on December 2, 2021, includes an order setting the security amount at $10,000.00. A writ of possession was originally issued on December 14, 2021.

Later that month, Haley filed an emergency motion with this Court complaining that the $10,000.00 amount was excessive and seeking a temporary stay from execution of the writ. *See* TEX. R. APP. P. 24.4(a)(1) (authorizing courts of appeals to review the "sufficiency or excessiveness of the amount of security"). On December 21, 2021, we granted a temporary stay conditioned on Haley depositing a $1,000 cash bond into the registry of the trial court by 5:00 p.m. on Monday, December 27, 2001. We also directed the trial court to conduct a hearing on Haley's motion to reduce the security amount, render a decision on the motion, and issue findings of fact and conclusions of law, all within thirty days from the date of the order.

On April 1, 2022, the Court received a supplemental clerk's record showing that Haley failed to timely deposit the initial $1,000 cash bond, that the trial court denied Haley's request to reduce the bond amount, and that Haley has failed to file any bond to stay enforcement of the writ of possession. Haley did not seek review of the trial court's order denying his motion to reduce the bond.

On May 17, 2022, we received another emergency motion from Haley asking that we stay the execution of a second writ of possession issued by the trial court on May 12, 2022. According to Haley, the writ will be executed on May 19, 2022, at 10:00 A.M. Haley contends that the trial court "does not currently have jurisdiction" to issue a writ of

2

possession because more than ninety days have passed since the judgment of possession was signed. *See* TEX. R. CIV. P. 510.8(d)(1). Having considered the motion and the Court's file, we conclude that Haley is not entitled to the relief he seeks. Accordingly, the motion is hereby denied.

PER CURIAM

Delivered and filed on the
19th day of May, 2022.